DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STATE OF FLORIDA,**
Appellant,

v.

**BRYON KEITH DANIELS,**
Appellee.

No. 4D22-690

[November 23, 2022]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Ginger Lerner-Wren, Judge; L.T. Case No. 21-17970TC10A.

Ashley Moody, Attorney General, Tallahassee, and Heidi L. Bettendorf, Senior Assistant Attorney General, West Palm Beach, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.* *See* § 924.051(1)(b) and (3), Fla. Stat. (2021).

GROSS, MAY and FORST, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***